UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>EDWARD BORLA,<br><br>    Respondent. | No.  2:24-cv-1197 DJC DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is incarcerated in Monterey County and was convicted in San Francisco County.  Both Monterey and San Francisco County are in an area covered by the United States District Court for the Northern District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

2. This matter is transferred to the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated:  May 1, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/habeas/R/will1197.108b

2